FILED
CLERK, U.S. DISTRICT COURT
JUN - 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  PEDRO RENE GARCIA  Defendant. | Case No.: CR 08-1191-GW  ORDER OF DETENTION AFTER HEARING  [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on allegedly submitted multiple positive drug tests; left residential treatment w/o permission; no known bail resources

```
                                                                                
                                                                                
                                                                                
        and/or
B.      ( )  The defendant has not met his/her burden of establishing by
        clear and convincing evidence that he/she is not likely to pose
        a danger to the safety of any other person or the community if
        released under 18 U.S.C. § 3142(b) or (c).  This finding is based
        on:_____
        _____
        _____
        _____


        IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated:      6/2/14


                                        _____
                                        UNITES STATES MAGISTRATE JUDGE
```

2